# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GARY M. LOCKETT<br><br>                Defendant. | 8:10CR134<br><br>ORDER |

The government has filed a Motion to Dismiss [Filing No. 78] the Petition for Offender Under Supervision [Filing No. 63]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Offender Under Supervision [Filing No. 63], filed herein, is dismissed, without prejudice.

Dated this 27th day of November 2018.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge